

FILED
LODGED ___ ENTERED
___ RECEIVED

FEB 1 3 2023

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

**Erika Davida Pair**

**412 East Alantic Street**

**Emporia, Virginia 23847**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

**Board of Liquor License Commissioners (BLLC**

**1 N. Charles Street, Suite 1500**

**Baltimore City, Maryland 21201**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:　　■ Yes　　■ No
　　　　　　　*(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | Erika Davida Pair |
| Street Address | 412 East Alantic Street |
| City and County | Emporia, Greenville |
| State and Zip Code | Virginia 23847 |
| Telephone Number | (443) 442-7675 |
| E-mail Address | thewatchersgate@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Board of Liquor License Commissioners for Baltimore City (BLLC) |
| Job or Title (if known) | |
| Street Address | 1 N. Charles Street, Suite 1500 |
| City and County | Baltimore City Baltimore City |
| State and Zip Code | Maryland 21201 |
| Telephone Number | (410) 396-4377 or (410) 396-7378 |
| E-mail Address (if known) | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

   ■ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

380 Other Personal Property Damage

_____

_____

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* BLLC _____, is
        incorporated under the laws of the State of *(name)*
        Baltimore City Maryland _____, and has its principal place of
        business in the State of *(name)* Baltimore City Maryland _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to many detrimental losses incurred from the removal of my licenses  by the BLLC,

I hold this organization accountable for damages insued and devastion

I continue to suffer to this day.

5

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

During the first week of Feburary 2020, the BLLC inspectors along with the Fire Department, Police Department, and Health Department conducted a routine random inspection to my place of business the Red Room Cabernet LLC. at 411 1/2 East Baltimore Street. I passed all inspections according to code. Then on Feburary 14th 2020, same location, the Baltimore City Police Department and BLLC came in and took my liquor licenses off the wall, forced customers, and staff to vacate the premise and barred the doors while the business was in compliance. Rule 3.07- Cooperation All licensees and an agent and of the licensee shall cooperate with a representative of the Board, the Police Department Health Department, Fire Department, Building Engineers office, Grand Jury or other governmental agencies whenever any the representative is on official business. Rule 3.08 – Signs and Hours of Operations (b) A licensee shall display a framed copy of licensee's license in a conspicuous area that is visible to the public. The licensee shall present the license to an authorized public official upon request. On Feburary 14 2020 a bar tender recieved a letter of termination of Class BD7 Beer, Wine, and Liquor license and Adult Entertainment License after the licenses were already removed that is dated the same day of the shut down. Rule 4.03 - Notice and hearing (a) In general: An adult-entertainment business license or renewal license may not be denied, suspended, or revoked and fine may not be imposed unless the Board gives the applicant or licensee: (i) At least 10 days ' written notice of the intent to impose sanctions; and (ii) An opportunity to be heard as to why sanctions should not be imposed. Rule 4.04 Judicial and Appellate Review (a) Judicial review: A person aggrieved by a decision of the Board may seek judicial review of that decision by petition to the Circuit Court for Baltimore City in accordance with the Maryland Rules of Procedure. (b) Review to be expedited:(1) It is the intent of the Mayor and City Council that a review under this section be heard and decided by the Court as expeditiously as possible; and (2) to that end, the Board must join in any motion by the petitioner to obtain an expedited review.

**III. Statement of Claim continued**

(c) Stays: (1) The filing of a petition judicial review does not stay the decision of the board. (2) However, on motion and after hearing, the Court may grant a stay as provided in the Maryland Rules of Procedure. (d) Appellate review: A party to the judicial review may appeal the court's final judgment to the Court of Special Appeals in accordance with the Maryland Rules of Procedure.

Rule 2.01 - License Required A person may not own or operate any adult entertainment business without having first obtained an adult entertainment license as provided in Balti. City Code Art. 15. §1.

Article- Alcoholic Beverages §4-702. (a) A license expires on the death of the license holder, subject to Subtitle 8 of this title and Subtitle 23 of the various titles Division II of this article. (b) Except as otherwise provided in this subtitle, a license issued by a local licensing board expires on the 10th day after a license holder has vacated or been evicted from the licensed premises.

Claim (2) I am requesting the release of my entire file from the BLLC to myself the plaintiff expeditiously as possible.

**IV.**   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I am requesting relief to compensate me and bring me whole for:

Loss of business revenue while my business (Red Room Cabernet LLC)
was forcibly shut down

Fees owed on commercial building that the business rented

Loss of work building (the building is required to operate licenses)

**IV. Relief continued**

- Re-cooperation of legal and courts fees due to bringing a lawsuit against the BLLC
- Loss of dwelling due to inability to maintain upkeep and basic necessities which resulted in homelessness
- Loss of modeling contract due to inability to maintain payments with agency and loss of residency
- Loss of patent application due to inability pay legal fees based off of the loss business revenue
- Suffering with severe emotional, social, and physical health due to the stress caused by loss of revenue and homelessness

I am requesting 5 million dollars in punitive damages and $684,375 for compensatory damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _2-10___ , 20_23_

Signature of Plaintiff _____

Printed Name of Plaintiff   Erika D. Pair_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney         _____

Printed Name of Attorney    _____

Bar Number                        _____

Name of Law Firm              _____

Address                              _____

Telephone Number            _____

Email Address                    _____